**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CARDEIUS A. WEADEN,**
     **Petitioner,**

vs.                                                            Case No. 3:09cv150/LC/MD

**WALTER A. MCNEIL,**
     **Respondent.**

---

**O R D E R**

This cause filed pursuant to 28 U.S.C. § 2254 is before the court upon petitioner's response to an order to show cause issued by the court on May 21, 2009.

On April 15, 2009, this court entered an order (doc. 4) denying petitioner's motion to proceed *in forma pauperis* and ordering petitioner to pay the $5.00 filing fee within thirty days. Thirty days elapsed, and petitioner did not pay the filing fee.

Accordingly, on May 21, 2009, this court entered an order (doc. 5) directing petitioner to show cause why his case should not be dismissed for failure to comply with an order of the court. Petitioner now responds (doc. 7), stating that his sister contacted the clerk of court and was told the filing fee was no longer required. That is incorrect. Petitioner must pay the $5.00 filing fee in this case, or it will be dismissed.

Accordingly, it is ORDERED:

Petitioner shall have **twenty (20) days** from the date of this order in which to pay the $5.00 filing fee. Failure to do so will result in a recommendation of dismissal of this action without further notice.

DONE AND ORDERED this 11th day of June, 2009.

/s/ *Miles Davis*
     **MILES DAVIS
     UNITED STATES MAGISTRATE JUDGE**